1024

**Delton Carl VERNER, Appellant, v. STATE of Texas, Appellee.**

**No. 23460.**

Court of Criminal Appeals of Texas.

Oct. 16, 1940.

Sam B. Hall, of Marshall, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for robbery, punishment assessed being five years in the penitentiary.

Appellant gave notice of appeal to this court, but now has filed his personal affidavit advising that he no longer desires to prosecute his appeal, and at his request same is dismissed.